OPINION — AG — THE OFFICE OF THE GOVERNOR IS AN APPROPRIATE STATE AGENCY FOR RECEIVING GRANTS AND EXPENDING FEDERAL FUNDS, AND MAY LEGALLY DO SO FOR THE PURPOSE OF PROVIDING TECHNICAL ASSISTANCE TO COMMUNITIES OF OKLAHOMA IN DEVELOPING, CONDUCTING AND ADMINISTERING COMMUNITY ACTION PROGRAMS UNDER THE PROVISIONS OF THE ECONOMIC OPPORTUNITY ACT OF 1964. CITE: ARTICLE IV, SECTION 2 (W. J. MONROE)